ACCEPTED
12-14-00344-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/18/2015 2:05:11 PM
CATHY LUSK
CLERK

Court of Appeals Number 12-14-00344-CV
Trial Court Number 12-0384-A

VICTOR LISSIAK, JR.,
    Appellant,

v.

S.W. LOAN OO, L.P.,
    Appellee.

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/08/2015 2:05 PM
COURT OF APPEALS
CATHY S. LUSK
Clerk
TWELFTH DISTRICT OF TEXAS

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Under Rule 38.6(d) of the Texas Rules of Appellate Procedure, Appellant Victor Lissiak, Jr., files this motion for an order extending the time to file Appellant's appellate brief, and respectfully shows the court the following:

1. The deadline for filing Appellant's reply brief in this court is June 3, 2015.

2. Appellant seeks an order extending the time for filing Appellant's appellate brief for fifteen days, extending the date to June 18, 2015.

3. Appellant relies on the following facts as a reasonable explanation for the requested extension of time. Appellant's attorney, has been required to devote time to other client matters, including:

(i) Continued work with attorneys of Jones Day in San Francisco, California and Bengoshi of Jones Day in Tokyo, Japan for the "first hearing" in the District Court, Osaka, Japan in the appeal to the Japanese High Court of an award in an arbitration proceeding in *Sanyo Electric Co., Ltd., etal v. Prem Sales, LLC, etal,* Case No. 11-02, Osaka, Japanese Commercial Arbitration Association, with final briefing due on June 2, 2015, JST.

(ii) Continued work in the case of *Spa Castle Texas, LLC, etal v. Miura North America, Inc. & JB Industrial Contractors, Inc.*, Cause No. 2013-10309-16, 16th Judicial District Court, Denton County, Texas, wherein inspection of equipment at issue is scheduled during the week of May 25, 2015.

(iii) Continued work in the case of *ADM Milling Co. eta al v. Hesed Enterprises, etal v. ADM Milling Co., etal*, Cause No DC-13-13400-M, 298th Judicial District Court, Dallas

Appellant's Motion for Extension of Time to File Reply Brief, Page 1

County, Texas, wherein motions for summary judgment are set on June 6, 2015, with response deadline of May 30, 2015.

4. Appellant's attorney is a sole-practitioner with a small office and limited staff and had scheduled his work in other matters expecting the Appellee's brief to be filed at or near the deadline for filing the brief, May 25, 2015, thus the early filing of the Appellee's Brief creates and causes a substantial interruption in the Appellant's attorney's schedule.

5. Appellant has made no previous requests for an extension to file the Appellant's reply brief.

6. The extension of time requested will not prejudice or inconvenience Appellee in any manner, nor will the time for submission of this case be extended by granting an extension of time in which to file Appellant's reply brief.

7. For these reasons, Appellant respectfully requests the Court to grant the Appellant a ten day extension, to June 5, 2015, to file his reply brief.

Respectfully submitted,

THE HOLMES LAW FIRM, INC.

By: ___/s/ R. H. Holmes_____
    Robert H. Holmes
    SBN 09908400

3401 Beverly Drive
Dallas, Texas 75205
Telephone: 214-384-3182
Facsimile: 214-522-6673
email: rhholmes@swbell.net

ATTORNEYS FOR APPELLANT

CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have attempted to confer with Counsel for Appellee, S.W. Loan OO, L.P., and after three days, Counsel for Appellee has not responded to the inquiry of whether or not Appellee was opposed to Appellant's First Motion for Extension of Time To File Reply Brief; therefore, it is assumed Appellee is opposed.

/s/  Robert H. Holmes
Robert H. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to the attorney of record for S.W. Loan OO, L.P., on May 18, 2015 via efile Texas.

/s/ rhholmes
Robert H. Holmes